IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ROBERT S. WISHON, Register No. 47269, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-4143-CV-C-NKL |
| ) | |
| MISSOURI DEPT. OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 19, 2009, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's medical claims and all claims against defendants Missouri Department of Corrections and John Doe Shift Commander Captain. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of October 19, 2009, is adopted. [8] It is further

ORDERED that plaintiff's medical claims and all claims against defendants Missouri Department of Corrections and John Doe Shift Commander Captain are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/ Nanette Laughrey

NANETTE K. LAUGHREY
United States District Judge

Dated: 12-11-09
Jefferson City, Missouri